SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–214. FRATERRIGO v. AKAL SECURITY, INC. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–512. IN RE GRAND JURY PROCEEDINGS. C. A. 10th Cir. Motion of petitioners to unseal petition for writ of certiorari denied. Certiorari denied.

No. 10–6354. JONES v. KRAMER, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–6396. DAVID v. FIDELITY INVESTMENTS ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–6616. GORDON v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–6936. XIANG LI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–6944. AWAD v. UNITED STATES; and
No. 10–6974. MOGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of these petitions.

No. 10–6954. HENDERSON-EL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–6986. HARRISON v. INTERNATIONAL BUSINESS MACHINES (IBM) CORP. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.